FILED
2020 Dec-28 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



-R-T-S-   35023-RFS-1N   12/24/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Lisa Bonner
Alabama Department of Corrections
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

