# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DAVID SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 2:20-CV-2012-RDP |
| v. | ) |
| | ) |
| **JEFFERSON DUNN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

Defendants Jefferson S. Dunn, Grantt Culliver, Charles Daniels, Jeffery A. Williams, Edward Ellington, Gwendolyn Givens, Anthony Brooks, Carl Sanders, Gary Malone, Kevin White, Carla Graham, Christy Vincent, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Jeffery Baldwin, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Captain Pickett, Sergeant McCordles, Officer Terry, Officer Streeter, Officer Garland, Tanya Ary, and Karla Jones (collectively, the "Defendants") hereby respectfully request the Court enter an order granting the Defendants additional time to respond to Plaintiff's Complaint.[1] As grounds for and in support of this Motion, the Defendants state as follows:

1. On December 14, 2020, Plaintiff filed his Complaint, naming twenty-

---

[1] By filing this Motion, the Defendants do not waive, and expressly preserve, all Rule 12(b) defenses.

nine (29) individuals (including former Alabama Department of Corrections ["ADOC"] employees) as defendants.

2. The docket indicates that, to date, Plaintiff has served eight (8) of the twenty-nine (29) named defendants. Undersigned counsel continues to discuss with Plaintiff's counsel obtaining waivers of service from the named defendants.

3. Because Plaintiff served the Defendants on different dates, their deadlines to respond to Plaintiff's Complaint differ. Undersigned counsel believes it is in the interest of judicial economy to maintain a single deadline for the Defendants' responses to the Complaint, instead of separate, piecemealed deadlines for responses from the Defendants.

4. Additionally, the process for retaining outside counsel to represent the Defendants has been initiated, but has not yet been completed. Retained counsel will need sufficient time to evaluate the Complaint, factual allegations, and claims.

5. As a result, the Defendants respectfully request that the Court allow them to respond to the Complaint on or before March 15, 2021.

6. Undersigned counsel contacted Plaintiff's counsel regarding this request, and Plaintiff does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request that this Court enter an order granting the Defendants until March 15, 2021 to respond to Plaintiff's Complaint.

Dated: January 15, 2021.

>/s/ Stephanie Smithee
>Stephanie Smithee
>*Attorney for the Defendants*

Stephanie Smithee
Joseph G. Stewart
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Facsimile (334) 353 -3891
stephanie.smithee@doc.alabama.gov
gary.willford@doc.alabama.gov
joseph.stewart@doc.alabama.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 15th day of January, 2021:

Ruth Z. Brown
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
E: ruth@loevy.com
E: megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: (205) 590-6986
F: (205) 809-7899
E: anil@dagneylaw.com

*Attorneys for Plaintiff*

*/s/ Stephanie Smithee*
Of Counsel