**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shannon Caldwell
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, AL 35749

9590 9402 5423 9189 1100 50

2. Article Number *(Transfer from service label)*

7019 2280 0001 7664 3464

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___Limestone Corr___
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2021 JAN 19 P 12: 36

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt

FILED
2021 Jan-19 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA