AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| D▮▮▮ S▮▮▮,<br><br>_Plaintiff(s)_<br>v.<br>JEFFERSON DUNN, et al.,<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:20-cv-02012-RDP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Allen Knott
6212 County Highway 12
Hackleburg, AL 35564

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default ~~will~~ **May** be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1-26-2021

CLERK OF COURT
_Pamela Cook_
_Signature of Clerk or Deputy Clerk_

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02012-RDP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Allen Knott__
was received by me on *(date)* __1/22/21__ .

☑ I personally served the summons on the individual at *(place)* __6212 County Highway 12, Hackleburg, AL 35564__ on *(date)* __2/2/21__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2-3-21__

*Server's signature*

Ken Mays - Private Process Server
*Printed name and title*

130 Inverness Plaza, Ste. 500, Birmingham, AL 35242
*Server's address*

Additional information regarding attempted service, etc: