IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| D.S., | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Judge R. David Proctor |
| | ) | |
| v. | ) | Case No.: 2:20-cv-02012-RDP |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |

**PLAINTIFF'S NOTICE OF FILING**
**REDACTED VERSIONS OF SEALED DOCUMENTS**

On January 29, 2021, the Court granted Plaintiff's Motion for Leave to Proceed Under a Pseudonym and to Seal in Part Docket Entries 1-8, 15, 17, 19, and 23-26, without prejudice to allow then unserved Defendants to object to Plaintiff proceeding under pseudonym. Dkt. 28. The Court directed the Clerk to seal the identified docket entries and granted Plaintiff leave to amend the entries with redacted files. In order to comply with the Court's Order, Plaintiff, through his attorneys with the law firms of Loevy & Loevy and the Dagney Johnson Law Group, respectfully files versions of Docket Entries 1, 1-1, 2, 3, 3-1, 5, 6, 7, 7-1, 15, 17, 23, and 27 as exhibits to this notice. The only change made to these documents is the redaction of Plaintiff's name, excluding his initials.

Dated: February 16, 2021

Respectfully submitted,

1

**D.S.**

BY: /s/ Megan Pierce
  *Counsel of Record*

BY: /s/ Anil Mujumdar
  *Local Counsel*

*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
* Local Counsel

## CERTIFICATE OF SERVICE

I, Megan Pierce, hereby certify that on February 16, 2021, I caused the foregoing Plaintiff's Notice of Filing Redacted Versions of Sealed Documents to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

            /s/ Megan Pierce
            *One of Plaintiff's Attorneys*