# EXHIBIT C

Docket 2, Request to Serve Via Certified Mail
(Dunn, Williams, Ellington, Vincent, Jones, Givens, Sanders, Malone, White, Graham, Gordy, Ragsdale, Estelle, Pickens, Baldwin, Caldwell, McMillian, Bonner, Boyd, and Ary)

IN THE UNITED STATES DISTRICT COURT FOR THE
                           NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| D[redacted] S[redacted], | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON DUNN; GRANTT CULLIVER; | ) Case No.: _____ |
| CHARLES DANIELS; JEFFERY | ) |
| WILLIAMS; EDWARD ELLINGTON; | ) |
| KARLA JONES; GWENDOLYN GIVENS; | ) |
| ANTHONY BROOKS; CARL SANDERS; | ) |
| GARY MALONE; KEVIN WHITE; CARLA | ) |
| GRAHAM; CHRISTY VINCENT; | ) |
| ANGELIA GORDY; WILLIAM | ) |
| RAGSDALE; NEKETRIS ESTELLE; | ) |
| GERALD MCMILLIAN; CHRISTOPHER | ) |
| BOYD; JEFFERY BALDWIN; SHANNON | ) |
| CALDWELL; ERROL PICKENS; LISA | ) |
| BONNER; ALLEN KNOTT; SERGEANT | ) |
| PICKETT; SERGEANT MCCORDLES; | ) |
| OFFICER TERRY; OFFICER STREETER; | ) |
| OFFICER GARLAND; TANYA ARY; and | ) |
| UNKNOWN EMPLOYEES OF THE | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## REQUEST FOR SERVICE VIA CERTIFIED MAIL

Plaintiff D[redacted] S[redacted], by his attorneys with the law firms of Loevy & Loevy and the Dagney Johnson Law Group, respectfully requests that Defendants Jefferson Dunn, Jeffrey Williams, Edward Ellington, Christy Vincent, Karla Jones, Gwendolyn Givens, Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Errol Pickens, Jeffrey Baldwin, Shannon Caldwell, Gerald McMillian, Lisa Bonner, Christopher Boyd, and Tanya Ary be served via certified mail pursuant to Alabama Rules of Civil Procedure

4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

                                               Respectfully submitted,

                                               **D[REDACTED] S[REDACTED]**

                                               **BY:** /s/ Ruth Brown
                                                  *Counsel of Record*

                                               **BY:** /s/ Anil Mujumdar
                                                  *Local Counsel*

*Ruth Z. Brown (pro hac vice application forthcoming)
Megan Pierce (pro hac vice application forthcoming)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
E: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

       I, Anil Mujumdar, hereby certify that on December 14, 2020, I caused the foregoing Request to Serve by Certified Mail to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                               /s/ Anil A. Mujumdar
                                               *One of Plaintiff's Attorneys*