

# EXHIBIT D

Docket 3, Motion for Leave for Ruth Brown to Appear *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| D███ S███, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; CHRISTY VINCENT; ANGELIA GORDY; WILLIAM RAGSDALE; NEKETRIS ESTELLE; GERALD MCMILLIAN; CHRISTOPHER BOYD; JEFFERY BALDWIN; SHANNON CALDWELL; ERROL PICKENS; LISA BONNER; ALLEN KNOTT; SERGEANT PICKETT; SERGEANT MCCORDLES; OFFICER TERRY; OFFICER STREETER; OFFICER GARLAND; TANYA ARY; and UNKNOWN EMPLOYEES OF THE ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 2:20-cv-02012-RDP ) ) ) ) ) ) ) ) ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Now comes Ruth Brown, of the law firm Loevy & Loevy, and hereby respectfully moves the Court for leave to file an appearance *pro hac vice* in the above-captioned case on behalf of the Plaintiff D███ S███. In support of this motion, Ms. Brown states as follows:

1. Ms. Brown works at Loevy & Loevy, the firm that the plaintiff in this action has retained to represent him in this matter. Ms. Brown is an attorney in good standing in the State of

Illinois. She has also been admitted to and is a member in good standing of multiple federal courts, including the United States District Court for the Northern District of Illinois.

2. Ms. Brown was admitted to practice in the State of Illinois on May 5, 2010. She was admitted to practice in the United States District Court for the Northern District of Illinois on August 22, 2011; the United States District Court for the Southern District of Illinois on April 8, 2015; the United States District Court for the Central District of Illinois on October 30, 2015; the United States District Court for the Northern District of Indiana on July 15, 2016; and the United States District Court for the Southern District of Indiana on February 6, 2014. She was admitted to practice before the United States Court of Appeals for the Seventh Circuit in February 2017. She was admitted to practice before the United States Supreme Court on May 11, 2020.

3. Ms. Brown has never been suspended, disbarred, or subjected to disciplinary measures of any kind by any state bar, federal bar, or any other licensing body.

4. As noted above, Ms. Brown is employed as an attorney at Loevy & Loevy in Chicago, Illinois. Her mailing address is 311 North Aberdeen, 3rd Floor, Chicago, IL 60607. Her telephone number is (312) 243-5900 and her facsimile number is (312) 243-5902. Her email address is ruth@loevy.com. She resides in Oak Park, Illinois.

5. A Letter of Good Standing from the Supreme Court of Illinois is attached to this motion as Exhibit A.

6. Promptly, following the filing of this motion, Ms. Brown will be making the required payment for admission *pro hac vice* of $50 via the Court's CM/ECF system.

7. The undersigned local counsel, Anil Mujumdar, has reviewed this Motion and does not oppose it.

Wherefore, Ruth Brown respectfully requests that the Court grant her leave to appear *pro hac vice* on behalf of the Plaintiff in this matter.

Respectfully submitted,

/s/ Ruth Brown
*One of Plaintiff's Attorneys*

/s/ Anil Mujumdar
*One of Plaintiff's Attorneys*

*Ruth Z. Brown (pro hac vice application pending)
Megan Pierce (pro hac vice application forthcoming)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
E: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

# CERTIFICATE OF SERVICE

I, Anil A. Mujumdar, hereby certify that on December 15, 2020, I caused the foregoing Motion for Leave to Appear Pro Hac Vice to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Anil Mujumdar
*One of Plaintiff's Attorneys*
