# EXHIBIT F

Docket 5, Summonses Issued

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

|  |  |
|---|---|
| D■■ S■■■, | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Boyd
Alabama Department of Corrections
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, AL 35749

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

|  |  |
|---|---|
| D███ S███ , | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:20-cv-02012-RDP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christy Vincent
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar

Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D█████ S█████, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carl Sanders
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

*Kathryn Kimbrough*

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

<table>
<tr><td>D███ S██████</td><td>)<br>)<br>)<br>)</td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>JEFFERSON DUNN, et al.,</td><td>)<br>)<br>)</td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td></tr>
</table>

Civil Action No. 2:20-cv-02012-RDP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carla Graham
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

*Kathryn Kimbrough*

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

<table>
<tr><td>D████ S███████</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>_____<br><i>Plaintiff(s)</i><br>v.<br><br>JEFFERSON DUNN, et al.,</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 2:20-cv-02012-RDP</td></tr>
<tr><td>_____<br><i>Defendant(s)</i></td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Angelia Gordy
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

<table>
<tr><td>D█████ S█████</td><td>)<br>)<br>)<br>)</td></tr>
<tr><td style="text-align:center;"><em>Plaintiff(s)</em></td><td>)</td></tr>
<tr><td style="text-align:center;">v.</td><td>)<br>)</td></tr>
<tr><td>JEFFERSON DUNN, et al.,</td><td>)<br>)<br>)</td></tr>
<tr><td style="text-align:center;"><em>Defendant(s)</em></td><td>)<br>)</td></tr>
</table>

Civil Action No. 2:20-cv-02012-RDP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gerald McMillian
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D███ S███ | ) ) ) ) |
| _____ <br> *Plaintiff(s)* <br> v. <br><br> JEFFERSON DUNN, et al., <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:20-cv-02012-RDP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward Ellington
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

*Kathryn Kimbrough*

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D█████ S███████ | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Errol Pickens
Alabama Department of Corrections
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, AL 35749

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Date: 12/17/2020

Kathyu Kimbrough

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT CO░░░
ROOM 140, U.S. COURTH░░░░
1729 5ᵀᴴ AVENUE NO░░░
B░░░INGHAM, AL 35░░░

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D███ S███, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> JEFFERSON DUNN, et al., <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:20-cv-02012-RDP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Ragsdale
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

*Kathryn Kimbrough*

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D███ S████, | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) ) ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tanya Ary
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

*Kathryn Kimbrough*

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D█████ S████ | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Shannon Caldwell
Alabama Department of Corrections
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

*Kathryn Kimbrough*

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

|  |  |
|---|---|
| D█ S█. | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Neketris Estelle
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

_CLERK OF COURT_

Date: 12/17/2020

Kathryn Kimbrough

_Signature of Clerk or Deputy Clerk_

U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | )
|---|---|
| D█ S█ | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lisa Bonner
Alabama Department of Corrections
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Kathryn Kimbrough

Date: 12/17/2020

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D▮▮▮ S▮▮▮▮ | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin White
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵗʰ AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| D███ S███. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 2:20-cv-02012-RDP |
| v. | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Karla Jones
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| D███ S██████ | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey Williams
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Kathyu Kimburough

Date: 12/17/2020

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

<table>
<tr><td>D█████ S███████</td><td>)<br>)<br>)<br>)</td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)<br>)</td></tr>
<tr><td>v.</td><td>)    Civil Action No. 2:20-cv-02012-RDP</td></tr>
<tr><td>JEFFERSON DUNN, et al.,</td><td>)<br>)<br>)</td></tr>
<tr><td><em>Defendant(s)</em></td><td>)<br>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey Baldwin
Alabama Department of Corrections
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, AL 35749

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

|  |  |
|---|---|
| D███ S█████ | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP ) |
| JEFFERSON DUNN, et al., | ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Jefferson Dunn
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

_CLERK OF COURT_

Date: 12/17/2020

Kathryn Kimbrough

_Signature of Clerk or Deputy Clerk_

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | )  |
|---|---|
| D███ S████, | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gwendolyn Givens
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Date: 12/17/2020

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

<table>
<tr><td>D█████ S█████.</td><td>)<br>)<br>)<br>)</td></tr>
<tr><td>_Plaintiff(s)_</td><td>)</td></tr>
<tr><td>v.</td><td>)    Civil Action No.  2:20-cv-02012-RDP</td></tr>
<tr><td>JEFFERSON DUNN, et al.,</td><td>)<br>)<br>)<br>)</td></tr>
<tr><td>_Defendant(s)_</td><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Gary Malone
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

_CLERK OF COURT_

Date: 12/17/2020

Kosbuyh Kimbrough

_Signature of Clerk or Deputy Clerk_

**CLERK, U.S. DISTRICT** ⎡⎡ ⎡⎡
**ROOM 140, U.S. CO**⎡⎡ ⎡⎡⎡⎡ ⎡
**1729 5ᵀᴴ AVENUE** ⎡⎡⎡⎡ ⎡
**BIRMINGHAM,** ⎡⎡ ⎡⎡⎡⎡