# EXHIBIT G

Docket 6, Certification of Ruth Brown

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA

D███ S███,                          )
                                    )
            Plaintiff,              )        Honorable Judge R. David Proctor
                                    )
        v.                          )        Case No.: 2:20-cv-02012-RDP
                                    )
                                    )
                                    )
JEFFERSON DUNN, et al.,             )
                                    )
            Defendants.             )        JURY TRIAL DEMANDED
                                    )
                                    )

## CERTIFICATION OF RUTH BROWN

Now comes Ruth Brown, of the law firm Loevy & Loevy, and pursuant to this Court's order at Dkt. No. 4, hereby respectfully certifies as follows:

1. I have read and understand all local rules applicable in this District.

2. I have read and understand the Alabama State Bar Code of Professional Courtesy and the Lawyers Creed.

3. I have read and understand this Court's CM/ECF requirements.

RESPECTFULLY SUBMITTED,

/s/ Ruth Brown
*One of Plaintiff's Attorneys*

/s/ Anil Mujumdar
*Local Counsel*

*Ruth Z. Brown (pro hac vice application provisionally granted)
Megan Pierce (pro hac vice application forthcoming)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
E: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

### CERTIFICATE OF SERVICE

I, Anil A. Mujumdar, hereby certify that on December 18, 2020, I caused the foregoing Certification by Attorney Ruth Brown to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Anil Mujumdar
*One of Plaintiff's Attorneys*