FILED

2021 Feb-16  AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

Docket 7, Motion for Leave for Megan Pierce to
Appear *Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| D███ S███, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Judge R. David Proctor |
| | ) | |
| v. | ) | Case No.: 2:20-cv-02012-RDP |
| | ) | |
| | ) | |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Now comes Megan Pierce, of the law firm Loevy & Loevy, and hereby respectfully moves this Honorable Court for leave to file an appearance *pro hac vice* in the above-captioned case on behalf of Plaintiff D███ S███. In support of this motion, Ms. Pierce states as follows:

1. Ms. Pierce works at Loevy & Loevy, the firm that Plaintiff D███ S███ ("D.S.") retained to represent him in this matter. Ms. Pierce is an attorney in good standing in the State of California. She anticipates being admitted to the state bar in Illinois in January 2021. She has also been admitted to and is a member in good standing of multiple federal courts, including the United States District Court for the Central District of Illinois.

2. Ms. Pierce was admitted to practice in the State of California on January 18, 2017. She was admitted to the Central District of Illinois on October 10, 2018. She was admitted to the Central District of California on October 30, 2018. She was admitted to practice in the Northern District of Indiana on November 1, 2018. She was admitted to practice in the United States Court of

Appeals for the Sixth Circuit on January 24, 2018. She was admitted to practice in the Western District of Tennessee on July 18, 2018. She was admitted to practice in the Eastern District of Wisconsin on December 10, 2018. She was admitted to practice in the United States Court of Appeals for the Ninth Circuit on April 29, 2019. She was admitted to practice in the Western District of Wisconsin on May 27, 2020. She was admitted to practice in the Northern District of California on July 13, 2020. She was admitted to practice in the Western District of Michigan on May 29, 2020. She was admitted to practice in the United States Court of Appeal for the Seventh Circuit on November 1, 2019. She was admitted to practice in the Eastern District of Michigan on January 23, 2020.

3.  Ms. Pierce has never been suspended, disbarred, or subjected to disciplinary measures of any kind by any state bar, federal bar, or any other licensing body.

4.  As noted above, Ms. Pierce is employed as an attorney at Loevy & Loevy in Chicago, Illinois. Her mailing address is 311 North Aberdeen, 3rd Floor, Chicago, IL 60607. Her telephone number is (312) 243-5900 and her facsimile number is (312) 243-5902. Her email address is megan@loevy.com. She resides in Chicago, Illinois.

5.  A Letter of Good Standing from the State Bar of California is attached to this motion as Exhibit A.

6.  Immediately following the filing of this motion, Ms. Pierce will be making the required payment for admission *pro hac vice* of $50.00 via the Court's CM/ECF system.

7.  Prior to the filing of this motion, Ms. Pierce reviewed the Court's policy regarding *pro hac vice* applicants, *available at*,
 https://www.alnd.uscourts.gov/sites/alnd/files/forms/RDP%20PHV%20Applicants.pdf, and has read and understands local rules applicable in the District, the Alabama State Bar's Code of Professional Courtesy and the Lawyer's Creed, and the Court's CM/ECF requirements.

8. The undersigned local counsel, Anil Mujumdar, has reviewed and supports this Motion.


Wherefore, premises considered, Megan Pierce respectfully moves this Honorable Court to enter an Order granting her leave to appear *pro hac vice* on behalf of D.S. in this matter.


Respectfully submitted,

**D███ S███** 

BY**:** /s/ Megan Pierce
 *Counsel of Record*

BY**:** /s/ Anil Mujumdar
 *Local Counsel*


*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice application pending) (CA No. 314044)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
* Local Counsel


## CERTIFICATE OF SERVICE

I, Anil Mujumdar, hereby certify that on December 18, 2020, I caused the foregoing Motion for Leave to Appear Pro Hac Vice to be filed using the Court's CM/ECF system.

Plaintiff will serve a copy of this motion by mailing it to the Defendants' addresses, to the extent

known, or otherwise will serve a copy of the motion to Defendants with the complaint and

summons.

/s/ Anil Mujumdar
*One of Plaintiff's Attorneys*