FILED
2021 Feb-16 AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT I

Docket 7-1, Certificate of Good Standing for Megan Pierce



OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

December 14, 2020

Ethan Woodward
Loevy & Loevy
311 N Aberdeen St.
3rd Floor
Chicago, IL 60607

Re: State Bar Number 314044 – Megan Colleen Pierce

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

David Carranza
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1       Standard

Delivery Method: UPS Domestic
PH: 312-243-5900



**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 14, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MEGAN COLLEEN PIERCE, #314044 was admitted to the practice of law in this state by the Supreme Court of California on January 18, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records