FILED
2021 Feb-16 AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT J

Docket 15, Request to Serve Via Certified Mail
(Shannon Caldwell, alias summons)

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| D███ S███, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; CHRISTY VINCENT; ANGELIA GORDY; WILLIAM RAGSDALE; NEKETRIS ESTELLE; GERALD MCMILLIAN; CHRISTOPHER BOYD; JEFFERY BALDWIN; SHANNON CALDWELL; ERROL PICKENS; LISA BONNER; ALLEN KNOTT; SERGEANT PICKETT; SERGEANT MCCORDLES; OFFICER TERRY; OFFICER STREETER; OFFICER GARLAND; TANYA ARY; and UNKNOWN EMPLOYEES OF THE ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:20-cv-02012-RDP<br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |
| Defendants. | | |

**REQUEST FOR SERVICE VIA CERTIFIED MAIL**

Plaintiff D███ S███, by and through his attorneys, Loevy & Loevy, respectfully requests that defendant Shannon Caldwell be served via certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

Respectfully submitted,

**D[REDACTED] S[REDACTED]** 

BY: /s/ Ruth Z. Brown
*One of Plaintiff's Attorneys*

BY: /s/ Anil Mujumdar
*Local Counsel*

Ruth Z. Brown (pro hac vice application forthcoming)
Megan Pierce (pro hac vice application forthcoming)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

Anil Mujumdar
*Local Counsel*
Dagney Law Logo
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
(205) 590-6986