FILED

2021 Feb-16 AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT K

Docket 17, Alias Summons Issued (Shannon Caldwell)

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

<table>
<tr><td rowspan="5">D█ S█<br><br><br><hr><br>Plaintiff(s)<br>v.<br><br>JEFFERSON DUNN, et al.<br><br><br><hr><br>Defendant(s)</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 2:20-cv-02012-RDP</td></tr>
</table>

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shannon Caldwell
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, AL 35749

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT

*CLERK OF COURT*

Date: 1 | 11 | 2021 _____

_____
*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5ᵀᴴ AVENUE NORTH
BIRMINGHAM, AL 35203