AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
2021 Feb-19 AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| D███ S███ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 2:20-cv-02012-RDP | |
| JEFFERSON DUNN, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Grantt Culliver
8157 Oak Aly
Montgomery, AL 36117-6502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default MAY be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT
CLERK OF COURT

Date: JAN 12 2021

by: *Shirley A. Williams*
*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

Civil Action No. 2:20-cv-02012-RDP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Grantt Culliver

was received by me on *(date)*    1/8/21  .

☑ I personally served the summons on the individual at *(place)*    8301 Chadburn Xing, Montgomery, AL 36616

on *(date)*    2/8/21    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,  a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   2-19-21

*Server's signature* — Tony Mann

Tony Mann - Private Process Server
*Printed name and title*

130 Inverness Plaza, Ste. 500, Birmingham, AL 35242
*Server's address*

Additional information regarding attempted service, etc: