AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| D.S., | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gerald A. McMillian
7016 Shady Oaks Ln.
Trussville, AL 35173

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT
*CLERK OF COURT*

Date: FEB -9 2021

by: *Shirley A. Williams*
*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02012-RDP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gerald A. McMillian__
was received by me on *(date)* __2/5/21__ .

☑ I personally served the summons on the individual at *(place)* __102 Ramsbrook Dr, Madison, AL 35757__
on *(date)* __2/11/21__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____
____, a person of suitable age and discretion who resides there,
on *(date)* ____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____, who is designated by law to accept service of process on behalf of *(name of organization)* ____
on *(date)* ____ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2-19-21__

__*Malcolm Golston*__
*Server's signature*

__Malcolm Golston - Private Process Server__
*Printed name and title*

__130 Inverness Plaza, Ste. 500, Birmingham, AL 35242__
*Server's address*

Additional information regarding attempted service, etc: