# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| D.S., | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:20-CV-02012-RDP |
| JEFFERSON DUNN, *et al.*, | ) |
|     Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants JEFFERSON S. DUNN ("Commissioner Dunn"), EDWARD ELLINGTON ("Ellington"), and JEFFERY A. WILLIAMS ("Williams" and, together with Commissioner Dunn and Ellington, the "Correctional Officials"); and Defendants Carl Sanders ("Sanders"), Gary Malone ("Malone"), Kevin White ("White"), Carla Graham ("Graham"), Angelia Gordy ("Gordy"), William Ragsdale ("Ragsdale"), Neketris Estelle ("Estelle"), Gerald McMillian ("McMillian"), Christopher Boyd ("Boyd"), Shannon Caldwell ("Caldwell"), Lisa Bonner ("Bonner"), Allen Knott ("Knott"), Earl Pickett ("Pickett"), Sergeant McCordles ("McCordles"), Steve Terry ("Terry"); Officer Garland ("Garland"), and Tanya Ary ("Ary" and together with Sanders, Malone, White, Graham, Gordy, Ragsdale, Estelle, McMillian, Boyd, Caldwell, Pickens, Bonner, Knott, Pickett, McCordles, Terry, and Garland, the "Facility Officials," and collectively with the Correctional Officials, the "ADOC Officials") hereby respectfully request the Court enter an order granting the ADOC Officials until noon on February 24, 2021, to respond to Plaintiff's Motion for Limited Expedited Discovery to Facilitate Service (Doc. No. 31). As grounds for and in support of this Motion, the ADOC Officials state as follows:

1. Plaintiff filed his Complaint, naming twenty-nine (29) individuals as defendants,

on December 14, 2020. (Doc. No. 1).

2. On February 12, 2021, Plaintiff filed his Motion for Limited Expedited Discovery to Facilitate Service. (Doc. No. 31). Plaintiff represented in his Motion that he served nineteen (19) of the twenty-nine (29) individuals named as defendants and continued to take steps to identify and serve the remaining ten (10) individuals named as defendants. (Doc. No. 31 at ¶ 3).

3. Plaintiff's Motion requests leave to serve a Subpoena on the Alabama Department of Corrections seeking: (a) the last known addresses for eight of the individuals named as defendants; (b) the incident reports related to the alleged assaults on Plaintiff at Donaldson on December 15, 2018, and at St. Clair on January 29, 2019; and (c) a roster of staff on duty at Donaldson on December 15, 2018, and a roster of staff on duty at St. Clair on January 29, 2019. (Doc. No. 31, at ¶ 5).

4. Counsel for the ADOC Officials, believing Plaintiff's Motion to be overly burdensome and unnecessary, contacted and Plaintiff's Counsel to discuss resolving the issues raised in Plaintiff's Motion. Counsel for the ADOC Officials believes that, with additional time, the Parties will reach a resolution that will not require the Court's involvement.

5. Undersigned counsel contacted Plaintiff's counsel regarding their request for an extension, and Plaintiff does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the ADOC Officials respectfully request that this Court enter an order granting them until noon February 24, 2021, to respond to Plaintiff's Motion for Limited Expedited Discovery to Facilitate Service.

Dated: February 22, 2021.

*/s/ William R. Lunsford*
*One of the Attorneys for the Correctional Officials*

William R. Lunsford
Stephen C. Rogers
La Keisha W. Butler
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

*/s/ Robert R. Northcutt*
*One of the Attorneys for the Facility Officials*

Robert R. Northcutt
C. Richard Hill, Jr.
James N. Walter, Jr.
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com

# **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 22nd day of February, 2021:

  Ruth Z. Brown
  Megan Pierce
  **LOEVY & LOEVY**
  311 N. Aberdeen, 3rd Floor
  Chicago, IL 60607
  Telephone: (312)243-5900
  Facsimile: (312)243-5902
  ruth@loevy.com
  megan@loevy.com

  Anil A. Mujumdar
  **DAGNEY JOHNSON LAW GROUP**
  2170 Highland Avenue, Suite 250
  Birmingham, AL 35205
  Telephone: (205)590-6986
  Facsimile: (205)809-7899
  anil@dagneylaw.com

  *Attorneys for Plaintiff*

            */s/ William R. Lunsford*
            *Of Counsel*