# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D. S., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:20-cv-02012-RDP |
| | ) |
| JEFFERSON DUNN, et al. | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT
## OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

COME NOW Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Earl Pickett, Steve Terry and Tanya Ary[1] ("Defendants"), and submit this Motion to Dismiss Plaintiff's Complaint (Doc. 32-1) pursuant to Federal Rule of Civil Procedure 12 (b)(6) or, in the Alternative, Motion for More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e). As grounds for this motion, Defendants state as follows:

    1.    Plaintiff's Complaint is a shotgun pleading that violates Federal Rules of Civil Procedure 8(a)(2) and 10(b).

    2.    Plaintiff's Complaint is due to be dismissed for the following additional reasons:

    a.    All of Plaintiff's Fourteenth Amendment claims are due to be dismissed.

    b.    Qualified immunity bars Plaintiff's claims against Defendants.

---

[1] Plaintiff alleges claims against a "Sergeant McCordles" and an "Officer Garland." Neither a "Sergeant McCordles" nor an "Officer Garland" has been served in this case. The undersigned counsel understand that Plaintiff's counsel intend to serve or substitute other individuals as defendants.

    c. Defendants cannot be held vicariously liable.

    d. Plaintiff does not allege sufficient facts to support a claim for supervisor liability.

    e. Plaintiff's failure to protect claim is due to be dismissed.

    f. Plaintiff's retaliation claim is due to be dismissed.

    g. Plaintiff's failure to intervene claim is due to be dismissed.

    h. Plaintiff's state law claims are due to be dismissed.

    i. Plaintiff's conspiracy claims are due to be dismissed.

3.    Defendants' counsel have advised Plaintiff's counsel that Defendants Allen Knott and Earl Pickett left their employment with the Alabama Department of Corrections years before the incidents alleged in the Complaint. Defendants' counsel understand that Plaintiff's counsel intend to dismiss both Defendants and/or substitute other yet to be named defendants in their place. By filing this motion, these Defendants expressly reserve the right to file a separate motion to dismiss if necessary.

In addition to the above-stated grounds for this motion, Defendants adopt and incorporate herein all grounds for dismissal of the Complaint asserted by other defendants.

Defendants are filing contemporaneously in support of this motion Movant's Initial Submission in Response to Exhibit B of the Court's Order in Support of Defendants' Motion to Dismiss or, in the Alternative, Motion for More Definite Statement.

Respectfully submitted this the 15th day of March, 2021.

/s/ James N. Walter, Jr.
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
W. JACKSON BRITTON (ASB-8252-K46-Y)

*Attorneys for Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Earl Pickett, Steve Terry and Tanya Ary*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 S. Perry Street (36104)
PO Box 2069
Montgomery, AL  36102-2069
Phone (334) 241-8000
Email:  bob.northcutt@chlaw.com
 rick.hill@chlaw.com
 jimmy.walter@chlaw.com
 jackson.britton@chlaw.com

# **CERTIFICATE OF SERVICE**

       I hereby certify that on this 15th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Ruth M. Brown
Megan Pierce
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
ruth@loevy.com
megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
anil@dagneylaw.com

William R. Lunsford
Stephen C. Rogers
La Keisha W. Butler
**MAYNARD COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
blunsford@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

                                            /s/ James N. Walter, Jr.
                                            Of Counsel