FILED

2021 Mar-16 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gwendolyn D. Givens

Hamilton Correctional Center

223 Sasser Drive

Hamilton, AL 35570

Case # 2:20-cv-02012-RDP

|||||| |||| |||| ||| |||| ||| ||| |||| |||| |||

9590 9402 5423 9189 1249 27

2. Article Number *(Transfer from service label)*

2280 0001 7664 3549

3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  Dw Rle b Covid

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

Gwenday Givens

C. Date of Delivery

2-22-21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2021 MAR 16 A 11: 29

U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt