# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| D.S., | ) |
|     Plaintiff, | ) |
| v. | ) |
| JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; CHRISTY VINCENT; ANGELIA GORDY; WILLIAM RAGSDALE; NEKETRIS ESTELLE; GERALD MCMILLIAN; CHRISTOPHER BOYD; JEFFERY BALDWIN; SHANNON CALDWELL; ERROL PICKENS; ALLEN KNOTT; SERGEANT PICKETT; SERGEANT MCCORDLES; OFFICER TERRY; OFFICER STREETER; OFFICER GARLAND; CLASSIFICATION OFFICER BAEZ; and UNKNOWN EMPLOYEES OF THE ALABAMA DEPARTMENT OF CORRECTIONS, | ) Case No.: 2:20-cv-02012-RDP<br><br>JURY TRIAL DEMANDED |
|     Defendants. | ) |

## REQUEST FOR SERVICE VIA CERTIFIED MAIL

Plaintiff D.S., by and through his attorneys, Loevy & Loevy, respectfully requests that Defendant Charles Daniels be served via certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

Respectfully submitted,

                                        **D.S.**

                              BY: /s/ Ruth Z. Brown
                                 *One of Plaintiff's Attorneys*

Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

Anil Mujumdar
*Local Counsel*
Dagney Law Logo
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
(205) 590-6986