# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| D.S., <br><br> *Plaintiff(s)* <br> v. <br> JEFFERSON DUNN, et al., <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-02012-RDP |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Daniels
Nevavda Department of Corrections
Casa Grande Transitional Housing
3955 W. Russell Road
Las Vegas, NV 89118-2316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Pamela Cook*

Date: 4-7-21

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 26203