# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | | |
|---|---|---|
| D.S., | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Judge R. David Proctor |
| | ) | |
| v. | ) | Case No.: 2:20-cv-02012-RDP |
| | ) | |
| | ) | |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

## PLAINTIFF'S *UNOPPOSED* MOTION FOR ENTRY OF AGREED PROPOSED MODIFICATIONS TO BRIEFING SCHEDULE FOR MOTIONS TO DISMISS

Plaintiff D.S., by his attorneys, Loevy & Loevy and Dagney Johnson Law Group, respectfully moves this Honorable Court to enter the parties' agreed proposed modification to the briefing schedule for the pending motions to dismiss (Dkts. 73, 75), pursuant to which all parties would get an additional seven days for their filings, with Plaintiff's response briefs due May 6, 2021, and Defendants' reply briefs due May 20, 2021. In support, thereof, Plaintiff states as follows:

1. Motions to dismiss have been filed in this case by Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, William McLemore and Tanya Ary (Dkt. 73), and Defendants Jefferson Dunn, Grantt Culliver, Edward Ellington, Christy Vincent, Karla Jones, Gwendolyn Givens, Jeffrey Baldwin and Anthony Brooks (Dkt. 75). Plaintiff respectfully moves this Court to enter the parties' agreed

modification of the briefing schedule that would allow all parties an extra 7 days for response and reply briefs.

2.Pursuant to this Court's standing order, Plaintiff's response briefs to the motions to dismiss are currently due ten days later, by April 29, 2021, and Defendants' reply briefs are due on May 6.

3.Plaintiff's counsel has been working diligently on the responses to the motions to dismiss but despite their best efforts, due to unusually busy litigation schedules, require additional time to prepare Plaintiff's responses and fully apprise this Court of Plaintiff's positions and the applicable law.

4.Plaintiff's counsel with the law firm of Loevy & Loevy have been occupied with the submission of responses to motions to dismiss in *Ezell v. Dunn, et al.*, 4:20-cv-02058-ACA (N.D. Ala.); an amended complaint in *Guy v. Dunn, et al.*, 4:21-cv-00264-SGC (N.D. Ala.); an April 27 hearing in *Bledsoe v. Jefferson County, Kansas* (D. Kans.); responses to four summary judgment motions in *Farris v. Kohlrus, et al.*, No. 3:17-cv- 03279-SEM-TSH (C.D. Ill.); a response to a motion to dismiss in *Dwyer v. Neal*, No. 3:18-cv- 995-JD-MGG (N.D. Ind.); and prescheduled depositions in *Bouto v. Guevara et al.*, No. 19-cv-02441 (N.D. Ill.), and *Velez v. City of Chicago, et al.*, No. 1:18-cv-8114 (N.D. Ill.).

5.In addition, Defendants' memoranda in support of their motions to dismiss total 60 pages, and raise, respectively, ten and eight bases for dismissal of Plaintiff's claims.

6.Accordingly, Plaintiff respectfully requests an extension of seven additional days in which to tender his responses, which would make those responses due May 6, 2021.

7.The moving Defendants have all indicated that they do not oppose Plaintiff's request for an extension or proposed modified briefing schedule, providing that the moving

Defendants, too, receive an additional seven days in which to submit their reply briefs. Plaintiff does not oppose the moving Defendants' request for an additional seven days in which to submit their reply briefs.

8. Thus, Plaintiff respectfully moves this Honorable Court to enter the parties' agreed proposed modification to the briefing schedule pursuant to which all parties would get an additional seven days for their filings, with Plaintiff's response briefs due May 6, 2021, and Defendants' reply briefs due May 20, 2021.

9. This motion is brought in good faith and will not prejudice any party.

WHEREFORE, premises considered, Plaintiff respectfully moves this Honorable Court to enter an Order granting the parties' unopposed proposed modifications to the briefing schedule for the pending motions to dismiss (Dkts. 73, 75), pursuant to which all parties would get an additional seven days for their filings, with Plaintiff's response briefs due May 6, 2021, and Defendants' reply briefs due May 20, 2021.

Respectfully submitted,

D.S.

**BY:** /s/ Ruth Brown
 *Counsel of Record*

**BY:** /s/ Anil Mujumdar
 *Local Counsel*

*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor

Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

I, Ruth Brown, hereby certify that on April 22, 2021, I caused the foregoing Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Ruth Brown
*One of Plaintiff's Attorneys*