
# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| D.S., | ) |
| Plaintiff, | ) Honorable Judge R. David Proctor |
| v. | ) Case No.: 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE BRIEF AND ENTRY OF AGREED PROPOSED MODIFICATIONS TO BRIEFING SCHEDULE

Plaintiff D.S., by his attorneys, Loevy & Loevy and Dagney Johnson Law Group, respectfully moves this Honorable Court for leave to file a consolidated oversize brief in response to the pending motions to dismiss (Dkts. 73, 75) and to enter the parties' agreed proposed modification to the briefing schedule for the pending motions to dismiss, pursuant to which all parties would get an additional two business days for their filings, with Plaintiff's response briefs due May 10, 2021, and Defendants' reply briefs due May 26, 2021.  Defendants indicated today that they are unopposed to the relief sought in this motion.  In support, thereof, Plaintiff states as follows:

1.     Motions to dismiss have been filed in this case by Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, William McLemore and Tanya Ary (Dkt. 73), and Defendants Jefferson Dunn, Grantt Culliver, Edward

Ellington, Christy Vincent, Karla Jones, Gwendolyn Givens, Jeffrey Baldwin and Anthony Brooks (Dkt. 75).

## Consolidated Response Brief

2. Defendants' memoranda in support of their motions to dismiss total 47 pages, and raise, respectively, ten and eight bases for dismissal of Plaintiff's claims. Many of the bases for dismissal raised in the two motions overlap.

3. To streamline the briefing, Plaintiff D.S. respectfully requests leave to file one consolidated response of no more than 50 pages, rather than two 25-page briefs, in response to the motions to dismiss.

4. A consolidated response will permit Plaintiff to combine responses to identical arguments and avoid repetitive briefing, and to better organize the arguments for the Court's efficient review. In addition, a consolidated response brief of no more than 50 pages will allow Plaintiff to more fully apprise the Court of the applicable law and pertinent allegations.

5. Defendants have indicated that they do not oppose Plaintiff's request to file a consolidated response brief of no more than 50 pages.

## Agreed Modification to Briefing Schedule

6. Plaintiff also respectfully moves this Court to enter the parties' agreed second modification of the briefing schedule that would allow all parties an extra 2 business days for response and reply briefs.

7. Plaintiff's response briefs to the motions to dismiss are currently due on May 6, and Defendants' reply briefs are due on May 20. Dkt. 80.

8. Plaintiff's counsel has been working diligently on the responses to the motions to dismiss but despite their best efforts, due to unusually busy litigation schedules, require an

additional two business days in which to prepare Plaintiff's responses and fully apprise this Court of Plaintiff's positions and the applicable law.

9. Plaintiff's counsel with the law firm of Loevy & Loevy have been occupied with the submission of responses to motions to dismiss in *Ezell v. Dunn, et al.*, 4:20-cv-02058-ACA (N.D. Ala.); an amended complaint in *Guy v. Dunn, et al.*, 4:21-cv-00264-SGC (N.D. Ala.); an April 27 hearing in *Bledsoe v. Jefferson County, Kansas* (D. Kans.); responses to four summary judgment motions in *Farris v. Kohlrus, et al.*, No. 3:17-cv- 03279-SEM-TSH (C.D. Ill.); a response to a motion to dismiss in *Dwyer v. Neal*, No. 3:18-cv- 995-JD-MGG (N.D. Ind.); and prescheduled depositions in *Bouto v. Guevara et al.*, No. 19-cv-02441 (N.D. Ill.), and *Velez v. City of Chicago, et al.*, No. 1:18-cv-8114 (N.D. Ill.).

10. Plaintiff initially requested an extension of seven days for his responses, but his counsel require an extra two business days to fully present his arguments and apprise the Court of the applicable law, and thus Plaintiff respectfully asks the Court to allow until Monday, May 10 for his response.

11. The moving Defendants have all indicated that they do not oppose Plaintiff's request for an extension or proposed modified briefing schedule, providing that the moving Defendants, too, receive an additional two business days in which to submit their reply briefs. Plaintiff does not oppose the moving Defendants' request for an additional two business days in which to submit their reply briefs.

12. Thus, Plaintiff respectfully moves this Honorable Court to enter the parties' agreed proposed modification to the briefing schedule pursuant to which all parties would get an additional two business days for their filings, with Plaintiff's response briefs due May 10, 2021, and Defendants' reply briefs due May 26, 2021.

\* \* \*

13. This motion is brought in good faith and will not prejudice any party.

WHEREFORE, premises considered, Plaintiff respectfully moves this Honorable Court to enter an Order allowing Plaintiff to file a consolidated response brief of no more than 50 pages and granting the parties' unopposed proposed modifications to the briefing schedule for the pending motions to dismiss (Dkts. 73, 75), pursuant to which all parties would get an additional two business days for their filings, with Plaintiff's response briefs due May 10, 2021, and Defendants' reply briefs due May 26, 2021.

Respectfully submitted,

D.S.

BY: /s/ Ruth Brown
 *Counsel of Record*

BY: /s/ Anil Mujumdar
 *Local Counsel*


\*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
\*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

**CERTIFICATE OF SERVICE**

I, Ruth Brown, hereby certify that on May 5, 2021, I caused the foregoing Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Ruth Brown
*One of Plaintiff's Attorneys*