# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| D. S., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 2:20-cv-02012-RDP |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Robert F. Northcutt, of the law firm CAPELL & HOWARD, P.C., and files his notice of appearance as additional counsel of record for Officer Garland and William McLemore. Undersigned requests that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 24th day of June 2021.

                                      */s/ Robert F. Northcutt*
                                      ROBERT F. NORTHCUTT (ASB-9358-T79R)
                                      JAMES N. WALTER, JR. (ASB-2722-R68J)
                                      C. RICHARD HILL, JR. (ASB-0773-L72C)

                                      *Attorneys for Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Officer Garland, Tanya Ary and William McLemore*

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email:  bob.northcutt@chlaw.com
    jimmy.walter@chlaw.com
    rick.hill@chlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of June 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

| | |
|---|---|
| Ruth M. Brown<br>Megan Pierce<br>**LOEVY & LOEVY**<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL  60607<br>ruth@loevy.com<br>megan@loevy.com | William R. Lunsford<br>Stephen C. Rogers<br>La Keisha W. Butler<br>**MAYNARD COOPER & GALE, PC**<br>655 Gallatin Street<br>Huntsville, AL  35801<br>blunsford@maynardcooper.com<br>srogers@maynardcooper.com<br>lbutler@maynardcooper.com |
| Anil A. Mujumdar<br>**DAGNEY JOHNSON LAW GROUP**<br>2170 Highland Avenue, Suite 250<br>Birmingham, AL  35205<br>anil@dagneylaw.com | |

*/s/ Robert F. Northcutt*
OF COUNSEL