IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D.S., | ) |
|       **Plaintiffs,** | )    Case No. 2:20-CV-02012-RDP |
| v. | )    **UNOPPOSED** |
| JEFFERSON DUNN, *et al.,* | ) |
|       **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

Defendants Jefferson S. Dunn ("Commissioner Dunn"), Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Jeffery Williams ("William"), Edward Ellington ("Ellington"), Christy Vincent ("Vincent"), Gwendolyn Givens ("Givens"), Anthony Brooks ("Brooks"), Karla Jones ("Jones"), Jeffery Baldwin ("Baldwin," and together with Commissioner Dunn, Culliver, Daniels, Ellington, Vincent, Givens, Brooks, and Jones, the "ADOC Officials"), Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, William McLemore, and Tanya Ary hereby respectfully move this Court to enter an order extending the deadline by fourteen (14) days for the Parties to submit the Rule 26(f) report in this matter and the consolidated Rule 26(f) report in conjunction with the actions styled as United States v. Alabama, et al., No. 2:20-cv-01971-RDP (N.D. Ala.) and Duke, et al. v. Dunn, et al., No. 4:14-cv-01952-RDP (N.D. Ala) (collectively, the "Rule 26(f) reports"). In support of this Motion, the Defendants state the following:

1. After exchanging drafts of the Rule 26(f) reports, the Parties held an initial Rule 26(f) conference in this matter on Monday, June 28, 2021.

2. Plaintiff is currently working on additional proposed revisions to the draft Rule

26(f) report.

3. Counsel for the ADOC Officials is currently involved in an evidentiary hearing in the civil action styled Braggs, *et al.* v. Dunn, *et al.*, in the United States District Court for the Middle District of Alabama, No. 2:14-cv-601-MHT-JTA (the "Braggs Action"). Undersigned counsel for the ADOC Officials anticipates that the hearing in the Braggs Action will extend into the week of July 5, 2021.

4. Due to the ongoing proceeding in the Braggs Action, counsel for the ADOC Officials does not anticipate being able to confer with Plaintiff's counsel to resolve any outstanding issues and file the joint Rule 26 reports by the current deadline of June 30, 2021.

5. The Defendants respectfully request extending the deadline for the Rule 26(f) reports by fourteen (14) days to provide the Parties with additional time to confer regarding any remaining disputes related to the Rule 26(f) reports and potentially resolve areas of dispute.

6. Undersigned counsel for Defendants conferred with Plaintiff's counsel, and Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, the ADOC Officials respectfully request that the Court enter an order granting their unopposed Motion for Extension of Time and grant an additional fourteen (14) days to file the Rule 26(f) reports.


Dated: June 29, 2021


*/s/ Stephen C. Rogers*
Stephen C. Rogers
*Attorney for the ADOC Officials*

William R. Lunsford
Stephen C. Rogers
La Keisha W. Butler
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

/s/ Robert F. Northcutt
Robert F. Northcutt
*Attorney for Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Earl Pickett, Steve Terry, and Tanya Ary*

Robert F. Northcutt
C. Richard Hill, Jr.
James N. Walter, Jr.
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com

# **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 29th day of June, 2021:

  Ruth Z. Brown
  Megan Pierce
  **LOEVY & LOEVY**
  311 N. Aberdeen, 3rd Floor
  Chicago, IL 60607
  Telephone: (312)243-5900
  Facsimile: (312)243-5902
  ruth@loevy.com
  megan@loevy.com

  Anil A. Mujumdar
  **DAGNEY JOHNSON LAW GROUP**
  2170 Highland Avenue, Suite 250
  Birmingham, AL 35205
  Telephone: (205)590-6986
  Facsimile: (205)809-7899
  anil@dagneylaw.com

  *Attorneys for Plaintiff*

              */s/ Stephen C. Rogers*
              Of Counsel