# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| D. S., | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) |
|     Defendants. | ) |

## JOINDER IN CONSOLIDATED
## JOINT RULE 26 CONFERENCE REPORT

**COMES NOW** undersigned as counsel for Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Officer Garland, Tanya Ary and William McLemore ("These Defendants") and join in the Consolidated Joint Rule 26 Conference Report filed on June 30, 2021 stating as follows:

1. Prior to the filing of the Consolidated Joint Rule 26 Conference Report, undersigned counsel for These Defendants had provided consent to co-counsel to what turned out to be a previous proposed draft Consolidated Joint Rule 26 Conference Report. Since undersigned is involved in the D.S. case and not the other two cases that are primarily the subject of the Consolidated Joint Rule 26 Conference

Report, undersigned defers largely to co-counsel for matters related to the Joint Report since they are counsel in all three cases.

2. Undersigned left the office yesterday not feeling well and went to bed and therefore did not see emails late yesterday afternoon and last night about subsequent revisions to the Joint Report until this morning. Again, undersigned assumed what he approved would be filed and/or if there were any subsequent revisions that unless undersigned voiced any objection, his approval could be assumed.

3. Undersigned, as counsel of These Defendants apologizes for any inconvenience to counsel and the Court based on his mistaken assumption about the Rule 26 Report that would be filed.

Respectfully submitted this 1st day of July 2021.

/s/ Robert F. Northcutt
ROBERT F. NORTHCUTT (ASB-9358-T79R)
JAMES N. WALTER, JR. (ASB-2722-R68J)
C. RICHARD HILL, JR. (ASB-0773-L72C)

*Attorneys for Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Officer Garland, Tanya Ary and William McLemore*

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email:  bob.northcutt@chlaw.com
　　　　jimmy.walter@chlaw.com
　　　　rick.hill@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of July 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

| | |
|---|---|
| Ruth M. Brown<br>Megan Pierce<br>**LOEVY & LOEVY**<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL  60607<br>ruth@loevy.com<br>megan@loevy.com | Matthew B. Reeves<br>William R. Lunsford<br>Stephen C. Rogers<br>**MAYNARD COOPER & GALE, PC**<br>655 Gallatin Street<br>Huntsville, AL  35801<br>mreeves@maynardcooper.com<br>blunsford@maynardcooper.com<br>srogers@maynardcooper.com |
| Anil A. Mujumdar<br>**DAGNEY JOHNSON LAW GROUP**<br>2170 Highland Avenue, Suite 250<br>Birmingham, AL  35205<br>anil@dagneylaw.com | |

　　　　　　　　　　　　　　　　*/s/ Robert F. Northcutt*
　　　　　　　　　　　　　　　　OF COUNSEL