# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| D.S., | ) |
| Plaintiff, | ) Honorable Judge R. David Proctor |
| v. | ) Case No.: 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE BRIEF AND ENTRY OF AGREED PROPOSED MODIFICATIONS TO BRIEFING SCHEDULE

Plaintiff D.S., by his attorneys, Loevy & Loevy and Dagney Johnson Law Group, respectfully moves this Honorable Court for leave to file a consolidated oversize brief in response to the pending motions to dismiss (Dkts. 101, 103) and to enter the parties' agreed proposed modification to the briefing schedule for the pending motions to dismiss, pursuant to which all parties would get an additional two business days for their filings, with Plaintiff's response briefs due July 26, 2021, and Defendants' reply briefs due August 4, 2021. Defendants have indicated that they are unopposed to the relief sought in this motion. In support, thereof, Plaintiff states as follows:

1. Two sets of motions to dismiss have been filed in this case by all Defendants. Dkts. 101, 103.

**Consolidated Response Brief**

2. Defendants' memoranda in support of their motions to dismiss raise, respectively, seven and eight bases for dismissal of Plaintiff's claims, and seek dismissal of all of Plaintiff's claims against them. *Id.* Many of the bases for dismissal raised in the two motions overlap.

3. To streamline the briefing, Plaintiff D.S. respectfully requests leave to file one consolidated response to both motions to dismiss of no more than 50 pages, rather than two 25-page briefs.

4. A consolidated response will permit Plaintiff to combine responses to identical arguments and avoid repetitive briefing, and to better organize the arguments for the Court's efficient review. In addition, a consolidated response brief of no more than 50 pages will allow Plaintiff to more fully apprise the Court of the applicable law and pertinent allegations.

5. This Court previously allowed a consolidated response brief in response to the Defendants' prior round of motion to dismiss briefing. Dkt. 85.

6. Defendants have indicated that they do not oppose Plaintiff's request to file a consolidated response brief of no more than 50 pages.

**Agreed Modification to Briefing Schedule**

7. Plaintiff also respectfully moves this Court to enter the parties' agreed modification of the briefing schedule that would allow all parties an extra 2 business days for response and reply briefs.

8. Defendants filed their motions to dismiss on July 12 and Plaintiff's response briefs are currently due July 22.

9. However, Plaintiff's lead counsel, who has responsibility for authoring the response briefs, had been on a longstanding out-of-state vacation, beginning on July 14, and returning to the office on July 23.

10. In addition, Plaintiff's counsel has worked during this time period to file the following filings notwithstanding being out of the office: (1) Report of the Parties' Planning Meeting, Dkt. 104; (2) Joint Notice Re: Consolidated Protective Order, Dkt. 105; (3) Joint Notice Re: Consolidated Order Regarding Protocols for Production of Documents and Things (Including ESI), Dkt. 106.

11. Plaintiff's counsel has been working diligently on the responses to the motions to dismiss but despite their best efforts, due to being out of the office and other ongoing litigation deadlines, require an additional two business days in which to prepare Plaintiff's responses and fully apprise this Court of Plaintiff's positions and the applicable law.

12. The moving Defendants have all indicated that they do not oppose Plaintiff's request for an extension or proposed modified briefing schedule, providing that the moving Defendants, too, receive an additional two business days in which to submit their reply briefs. Plaintiff does not oppose the moving Defendants' request for an additional two business days in which to submit their reply briefs.

13. Thus, Plaintiff respectfully moves this Honorable Court to enter the parties' agreed proposed modification to the briefing schedule pursuant to which all parties would get an additional two business days for their filings, with Plaintiff's response briefs due July 26, 2021, and Defendants' reply briefs due August 4, 2021.

\* \* \*

6. This motion is brought in good faith and will not prejudice any party.

WHEREFORE, premises considered, Plaintiff respectfully moves this Honorable Court to enter an Order allowing Plaintiff to file a consolidated response brief of no more than 50 pages and granting the parties' unopposed proposed modifications to the briefing schedule for the pending motions to dismiss (Dkts. 101, 103), pursuant to which all parties would get an additional two business days for their filings, with Plaintiff's response briefs due July 26, 2021, and Defendants' reply briefs due August 4, 2021.

                Respectfully submitted,

                D.S.

                BY**:** /s/ Ruth Brown
                  *Counsel of Record*

                BY**:** /s/ Anil Mujumdar
                  *Local Counsel*

*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

I, Megan Pierce, hereby certify that on July 20, 2021, I caused the foregoing Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Megan Pierce
*One of Plaintiff's Attorneys*