FILED
2021 Sep-01 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| D.S., | } | |
| Plaintiff, | } | |
| v. | } | Case No.: 2:20-CV-2012-RDP |
| JEFFERSON DUNN, et al., | } | |
| Defendants. | } | |
| | | |
| UNITED STATES OF AMERICA | } | |
| Plaintiff, | } | |
| v. | } | Case No.: 2:20-CV-1971-RDP |
| STATE OF ALABAMA, et al., | } | |
| Defendants. | } | |
| | | |
| MARK DUKE, et al., | } | |
| Plaintiffs, | } | |
| v. | } | Case No.: 4:14-CV-1952-RDP |
| GREG LOVELACE, et al., | } | |
| Defendants. | } | |

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

The above cases are **SET** for a Rule 16(b) scheduling conference before the undersigned at **10:00 a.m.** on **Thursday, October 7, 2021**, in the Special Proceedings courtroom located on the 8th floor at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, in

Birmingham, Alabama. The parties should be prepared to discuss all pending discovery disputes and reports filed pursuant to the court's previous orders.

**DONE** and **ORDERED** this September 1, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE