UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D.S., } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:20-CV-2012-RDP |
| } | |
| JEFFERSON DUNN, et al., } | |
| } | |
| Defendants. } | |

## ORDER

For the reasons explained during the telephone conference on November 4, 2021, it is necessary for Plaintiff to file a third amended complaint. Accordingly, Defendants' Motions to Dismiss (Docs. # 100, 102) are **ADMINISTRATIVELY TERMINATED**.

Plaintiff **SHALL** file his third amended complaint **on or before December 1, 2021**. Defendants **SHALL** file any motion(s) to dismiss **on or before December 22, 2021**. Plaintiff **SHALL** respond **on or before January 19, 2022**. Defendants **SHALL** reply **on or before February 2, 2022**.

**DONE** and **ORDERED** this November 4, 2021.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE