FILED

2021 Nov-22  PM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| D.S., | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Judge R. David Proctor |
| | ) | |
| v. | ) | Case No.: 2:20-cv-02012-RDP |
| | ) | |
| | ) | |
| | ) | |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

### PARTIES' JOINT STATUS REPORT ON DISCOVERY DISPUTE

All parties, by and through their counsel, provide the following joint report in accordance with the Court's November 17, 2021 order (Doc. 132):

1.      The parties conferred on November 19 and 22, 2021, regarding "what documents -- relating to (1) policies implicated by D.S.'s claims; (2) the incident(s) at issue; and (3) D.S.'s medical history -- can be produced by the Alabama Department of Corrections" at this time. *See* Doc. 132.

2.      With respect to category (1), documents relating to "policies implicated by D.S.'s claims," the Alabama Department Corrections ("ADOC") will first produce indexes or tables of contents sufficient to identify the written policies applicable to St. Clair and Donaldson Correctional Facilities in 2018 and 2019 (i.e., ADOC's Administrative Regulations and facility-specific Standard Operating Procedures), and the parties will then confer on which policies may "be implicated by" D.S.'s claims. The parties have agreed to either reach agreement on

responsive policies or raise any disputes for resolution by the Court within thirty (30) days of this Joint Status Report on Discovery Dispute.

3.     With respect to category (2), documents relating to the specific incidents alleged by D.S., Defendants' counsel represented they understand all duty officer reports, incident reports, and Prison Rape Elimination Act ("PREA") reports created in response to the incidents alleged in D.S.'s Second Amended Complaint were produced with Defendants' initial disclosures. Additionally, ADOC will produce an investigative summary report related to D.S.'s allegation of an assault on January 29, 2019.

4.     With respect to category (3), documents relating to D.S.'s medical history, Defendants' counsel represented that they understand the entirety of D.S.'s medical records in ADOC's possession and relating to D.S.'s claims has already been produced with Defendants' initial disclosures.

5.     The parties agree that discovery in this action, including the time for Defendants to respond to Plaintiff's discovery requests, is generally held in abeyance until further order of this Court or agreement by the parties. The parties further agree that their agreement with respect to this discovery dispute shall not prejudice any party in later seeking or opposing the production of any documents in discovery, and that all parties reserve all arguments with respect to production or non-production of all documents in discovery.

Dated November 22, 2021

/s/ Ruth Z. Brown

Ruth Z. Brown
*Attorney for the Plaintiff*
Ruth Z. Brown Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd FloorChicago, IL
60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com megan@loevy.com

/s/ Anil A. Mujumdar

Anil A. Mujumdar
*Attorney for the Plaintiff*
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

/s/ Stephen C. Rogers

Stephen C. Rogers
*Attorney for the ADOC Officials*
William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
La Keisha W. Butler
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin St., S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile:: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcoooper.com

/s/ Robert F. Northcutt

Robert F. Northcutt
*Attorney foor the  St. Clair Defendants*
Robert F. Northcutt
C. Richard Hill
James N. Walter, Jr.
W. Jackson Britton
**CAPELL & HOWARD, P.C.**
150 South Perry St.
Montgomery, AL 36104
Phone: (334) 241-8000
Fax: (334) 323-8888
Bob.northcutt@chlaw.com
Rick.hill@chlaw.com
Jimmy.walter@chlaw.com
Jackson.britton@chlaw.com

## CERTIFICATE OF SERVICE

I, Ruth Brown, hereby certify that on November 22, 2021, I caused the foregoing Parties'

Joint Report on Discovery Dispute to be filed using the Court's  CM/ECF  system, which

effected service on all counsel of record.

/s/ Ruth Brown
*One of  Plaintiff's Attorneys*