IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **D. S.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.:  2:20-cv-02012-RDP |
| | ) |
| **JEFFERSON DUNN, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

### FACILITY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT

COME NOW Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Lisa Bonner, William McLemore, and Tanya Ary ("Facility Defendants") and submit this Motion to Dismiss Plaintiff's Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).  Plaintiff's Third Amended Complaint (Doc. 134) is due to be dismissed on the following grounds:

1. This action represents an impermissible attempt to avoid sovereign immunity.

2. The Facility Defendants are entitled to qualified immunity.

3. Counts II through VIII fail to allege actionable violations of the Eighth Amendment.

4. Count IX fails to allege that Facility Defendants Estelle, Gordy, or Ary knowingly exposed Plaintiff to an enemy during his post-assault segregation.

5. Count X fails to state a plausible claim for § 1983 civil conspiracy and is barred by the intracorporate conspiracy doctrine.

6. Count XI does not state an actionable § 1983 failure to intervene claim because it does not allege that a state actor used force against Plaintiff, or that any Facility Defendant failed to intervene in such a use of force.

7. Plaintiff's state law claims (Count XII and Count XIII) are barred by state-agent immunity.

8. Count XII fails to allege conduct on the part of any Facility Defendant that is so "extreme and outrageous" to give rise to the tort of outrage.

In addition to the above-stated grounds for this motion, Facility Defendants adopt and incorporate herein all grounds for dismissal of the Third Amended Complaint asserted by other defendants.

Facility Defendants are filing contemporaneously Facility Defendants' Initial Submission in Support of Motion to Dismiss Plaintiff's Third Amended Complaint.

Respectfully submitted on this 22nd day of December, 2021.

/s/ Robert F. Northcutt
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
W. JACKSON BRITTON (ASB-8252-K46Y)

*Attorneys for Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Lisa Bonner, William McLemore, and Tanya Ary*

**CAPELL & HOWARD, P.C.**
150 S. Perry Street (36104)
PO Box 2069
Montgomery, AL  36102-2069
Phone (334) 241-8000
Email: bob.northcutt@chlaw.com
       rick.hill@chlaw.com
       jimmy.walter@chlaw.com
       jackson.britton@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as indicated below:

Ruth M. Brown
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL  60607
ruth@loevy.com
megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL  35205
anil@dagneylaw.com

William R. Lunsford
Stephen C. Rogers
Matthew B. Reeves
**MAYNARD COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL  35801
blunsford@maynardcooper.com
srogers@maynardcooper.com
mreeves@maynardcooper.com

Stephanie Lynn Dodd Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
**LEGAL DIVISION**
301 S. Ripley Street
Montgomery, AL 36104
stephanie.smithee@doc.alabama.gov

/s/ James N. Walter, Jr.
Of Counsel