## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| D.S., | ) |
| Plaintiff, | ) Honorable Judge R. David Proctor |
| v. | ) Case No.: 2:20-cv-02012-RDP |
| JEFFERSON DUNN, et al., | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

## CERTIFICATION OF QUINN RALLINS

Now comes Quinn Rallins, of the law firm Loevy & Loevy, and pursuant to this Court's order at Dkt. No. 143, hereby respectfully certifies as follows:

1. I have read and understand all local rules applicable in this District.

2. I have read and understand the Alabama State Bar Code of Professional Courtesy and the Lawyers Creed.

3. I have read and understand this Court's CM/ECF requirements

Respectfully submitted,

BY: /s/ Quinn Rallins
*Counsel of Record*

BY: /s/ Anil Mujumdar
*Local Counsel*

\*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Quinn Rallins (pro hac vice application pending) (IL No. 6339556)
Attorneys for Plaintiff
LOEVY & LOEVY

311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com, rallins@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
* Local Counsel

## **CERTIFICATE OF SERVICE**

I, Anil Mujumdar, hereby certify that on December 29, 2020, I caused the foregoing Certification by Attorney Quinn Rallins to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Anil Mujumdar
*One of Plaintiff's Attorneys*