FILED
2022 Jan-13 AM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| D.S., | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Judge R. David Proctor |
| | ) | |
| v. | ) | Case No.: 2:20-cv-02012-RDP |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION TO FILE OUTSIDE OF TIME

Plaintiff, D.S., by his attorneys, LOEVY & LOEVY, and Anil Mujumdar, herewith submits his Unopposed Motion for Extension to File Outside of Time his Consolidated Response to Defendants' Motions to Dismiss.

1. The deadline for Plaintiff's Response was January 11, 2022 (Dkt. 147)

2. Despite counsel's best efforts, the Plaintiff's Response was filed slightly outside of time at 12:05 a.m. on January 12, 2022

3. Plaintiff respectfully requests this Court be permit him to file his Response *Instanter*.

4. Counsel for Defendants do not oppose this request for relief.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order granting leave to file his response to Defendants' Joint Motion to Dismiss *Instanter*.

Respectfully submitted,

**D.S.**

BY: /s/ Ruth Brown
  *Counsel of Record*

BY: /s/ Anil Mujumdar
  *Local Counsel*

*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

I, Ruth Brown, hereby certify that on January 13, 2022, I caused the foregoing to be filed using the Court's CM/ECF system, causing it to be filed on counsel for all Defendants.

/s/ Ruth Brown
*One of Plaintiff's Attorneys*