# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **D. S.**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:20-cv-02012-RDP |
| ) | |
| **JEFFERSON DUNN, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

W. Allen Sheehan of the law firm CAPELL & HOWARD, P.C., files notice of his appearance as additional counsel of record for Defendants, Gary Malone, Kevin White, William McLemore, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Earl Pickett, Steve Terry and Tanya Ary. Undersigned requests that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 4th day of May 2022.

/s/ W. Allen Sheehan
W. ALLEN SHEEHAN (ASB-7274-L69S)
W. JACKSON BRITTON (ASB-8252-K46-Y)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
ROBERT F. NORTHCUTT (ASB-9358-T79R)

*Attorneys for Defendants Gary Malone, Kevin White, William McLemore, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Earl Pickett, Steve Terry and Tanya Ary*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile:(334) 323-8888
Email:allen.sheehan@chlaw.com
 bob.northcutt@chlaw.com
 jimmy.walter@chlaw.com
 rick.hill@chlaw.com
 jackson.britton@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

| | |
|---|---|
| Ruth Z. Brown<br>Megan C. Pierce<br>Quinn Rallins<br>LOEVY & LOEVY<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL  60607<br>ruth@loevy.com<br>megan@loevy.com<br>rallins@loevy.com<br><br>Anil A. Mujumdar<br>DAGNEY JOHNSON LAW GROUP, LLC<br>2170 Highland Avenue S, Suite 250<br>Birmingham, AL  35205<br>anil@dagneylaw.com | William R. Lunsford<br>Stephen C. Rogers<br>Mary Landon Whatley<br>Matthew B. Reeves<br>**MAYNARD COOPER & GALE, PC**<br>655 Gallatin Street<br>Huntsville, AL  35801<br>blunsford@maynardcooper.com<br>srogers@maynardcooper.com<br>lwhatley@maynardcooper.com<br>mreeves@maynardcooper.com |

/s/ W. Allen Sheehan
Of Counsel