**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **D.S.,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| **v.** } | **Case No.: 2:20-CV-2012-RDP** |
| } | |
| **JEFFERSON DUNN, et al.,** } | |
| } | |
| **Defendants.** } | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, Defendants' Motions (Docs.

# 139, 141) are **GRANTED IN PART AND DENIED IN PART**. The Motions are **GRANTED**

**IN PART** with regard to following claims, and these claims are **DISMISSED WITHOUT**

**PREJUDICE**:

1. Count III against Defendant Malone;
2. Count IV against Defendants Vincent, Gordy, and Ragsdale;
3. Count V against Defendants Gordy and Ragsdale;
4. Count VII against Defendants Estelle, Ary, and Bonner;
5. Count VIII against Defendant Boyd;
6. Count X against All St. Clair Defendants, and
7. Count XI.

The Motions are **DENIED IN PART** with regard to the remaining claims. For clarity's

sake, the case shall proceed on the following claims:

1. Count I against Defendants Dunn, Culliver, Daniels, Williams, and Ellington;
2. Count II against Defendants Jones, Givens, Brooks, Sanders, Malone, White, and Graham;
3. Count III against Defendants Jones, Givens, Brooks, and White; and
4. Count VI against Defendant Estelle,
5. Count IX against Defendants Estelle, Ary, and Gordy;
6. Count XII against all Defendants[1]; and
7. Count XIII against all Defendants.

---

[1] Defendants Dunn, Culliver, Daniels, Williams, Ellington, Jones, Givens, Brooks, Sanders, Malone, White, Graham, Vincent, Gordy, Ragsdale, Estelle, Ary, Bonner; McMillian, Boyd, and McLemore.

**DONE** and **ORDERED** this June 1, 2022.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE