# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D. S., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:20-CV-02012-RDP |
| v. | ) |
| | ) UNOPPOSED |
| JEFFERSON DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME

Defendants Jefferson S. Dunn, Grantt Culliver, Jeffery Williams, Charles Daniels, Edward Ellington, Christy Vincent, Gwendolyn Givens, Anthony Brooks, and Karla Jones (the "ADOC Officials"); and Defendants Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Lisa Bonner, William McLemore, and Tanya Ary (collectively the "Facility Defendants" and, together with the ADOC Officials, the "ADOC Parties") hereby request the Court to enter an order extending the currently deadline for the ADOC Parties' response to Plaintiff's Third Amended Complaint (doc. no. 134) an additional fourteen (14) days until June 29, 2022. In support of this request, the ADOC Parties submit the following:

1. On December 1, 2021, Plaintiff filed his Third Amended Complaint (doc. no. 134).

2. On December 16, 2021, the Court entered an order adjourning any deadlines for Defendants Gwendolyn Givens, Anthony Brooks, and Karla Jones to answer Plaintiff's Third Amended Complaint (doc. no. 137), and on December 22, 2021, the ADOC Officials filed their motions to dismiss (doc. nos. 139, 140, 141, 142).

3. On June 1, 2022, the Court entered an order granting in part and denying in part the ADOC Parties' motions to dismiss. (Doc. Nos. 159, 160). As such, the deadline for the ADOC Parties to answer Plaintiff's Third Amended Complaint is set for June 15, 2022.

4. In light of various conflicts concerning other matters before the Court, an out-of-state hearing, site visits, and upcoming depositions, the ADOC Parties respectfully request the Court to extend the deadline to answer Plaintiff's Third Amended Complaint by an additional fourteen (14) days until June 29, 2022, in order to provide the ADOC Parties ample time to adequately respond.

5. Undersigned counsel contacted counsel for Plaintiff, and Plaintiff does not oppose this motion. Additionally, the granting of this extension will not prejudice any party.

WHEREFORE, premises considers, the ADOC Parties respectfully request the Court to ender an Order granting the ADOC Parties' request to extend the deadline to respond to Plaintiff's Third Amended Complaint by an additional fourteen (14) days until June 29, 2022.

Dated: June 9, 2022

/s/ M. Landon Whatley
M. Landon Whatley
*Attorney for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
M. Landon Whatley
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
lwhatley@maynardcooper.com

*/s/ William A. Sheehan*
William A. Sheehan
*Attorney for the Facility Defendants*

W. Allen Sheehan
Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
Joseph R. Latham
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
allen.sheehan@chlaw.com
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
joseph.latham@chlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 9th day of June, 2022:

    Ruth Z. Brown
    Megan Pierce
    Quinn Rallins
    **LOEVY & LOEVY**
    311 N. Aberdeen, 3rd Floor
    Chicago, IL 60607
    Telephone: (312) 243-5900
    Facsimile: (312) 243-5902
    ruth@loevy.com
    megan@loevy.com
    rallins@loevy.com

    Anil A. Mujumdar
    **DAGNEY JOHNSON LAW GROUP**
    2170 Highland Avenue, Suite 250
    Birmingham, AL 35205
    Telephone: (205) 590-6986
    Facsimile: (205) 809-7899
    anil@dagneylaw.com

    *Attorneys for Plaintiff*

    */s/ M. Landon Whatley*
    Of Counsel