## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **D. S.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 2:20-CV-02012-RDP |
| v. | ) |
| | ) |
| **JEFFERSON DUNN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

Plaintiff D.S. ("Plaintiff"); Defendants Jefferson S. Dunn, Grantt Culliver, Jeffery Williams, Charles Daniels, Edward Ellington, Christy Vincent, Gwendolyn Givens, Anthony Brooks, and Karla Jones (the "ADOC Officials"); and Defendants Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Lisa Bonner, William McLemore, and Tanya Ary (collectively the "Facility Defendants" and, together with the ADOC Officials, the "ADOC Parties") hereby jointly move this Court for entry of an order amending the briefing deadline for a reply in support of Christy Vincent's ("Vincent") Motion to Alter, Amend, or Vacate the Court's Order and Opinion on the Motion to Dismiss (doc. no. 164, "Vincent's Motion"); allowing Vincent to file a consolidated reply with her response to Plaintiff's Response to Defendant Vincent's Motion and Counter-Motion for Amended of this Court's Order of Motions to Dismiss (doc. no. 171, the "Response and Counter-Motion"); and setting a briefing deadline for Plaintiff's reply in support of the Response and Counter-Motion. In support of this Joint Motion, the Parties state as follows:

1.  On June 29, 2022, Vincent filed her Motion. (Doc. No. 164).

2. On June 30, 2022, the Court entered an order setting Plaintiff's response to Vincent's Motion due on July 14, 2021 and Vincent's reply brief due on July 21, 2022. (Doc. No. 169).

3. On July 14, 2022, Plaintiff filed a consolidated response to Vincent's Motion and a counter-motion to amend the Court's prior Order on the Motion to Dismiss. (Doc. No. 171). Currently, the ADOC Parties must respond to Plaintiff's Response and Counter-Motion by August 8, 2022, and Plaintiff's reply in support of the Response and Counter-Motion is due by August 15, 2022.

4. To avoid unnecessary duplication in briefing and facilitate a streamlined and efficient briefing schedule that works for all Parties, the Parties request that this Court (a) allow the ADOC Officials to file a consolidated reply brief in support of Vincent's Motion and response to Plaintiff's Response and Counter-Motion, and (b) amend the briefing schedule as follows:

   a. Vincent's reply in support of her Motion shall be due August 8, 2022 (as consolidated with the ADOC Officials' response to Plaintiff's Response and Counter-Motion);

   b. The ADOC Officials' response to Plaintiff's Response and Counter-Motion shall be due on August 8, 2022 (as consolidated with Vincent's reply in support of her Motion);

   c. The Facility Defendants' response to Plaintiff's Response and Counter-Motion shall be due on August 8, 2022; and

   d. Plaintiff's replies in support of the Response and Counter-Motion shall be due August 17, 2022.

5.      The Parties affirm that the proposed modification of the briefing deadlines will not prejudice any Party.

WHEREFORE, premises consider, the Parties respectfully request the Court to enter an order granting this Joint Motion, allowing the ADOC Officials to file a consolidated reply brief and response and modifying the briefing schedule to the deadlines set forth above.

Dated: July 19, 2022.

*/s/ M. Landon Whatley*
M. Landon Whatley
*Attorney for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
M. Landon Whatley
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lwhatley@maynardcooper.com

*/s/ W. Allen Sheehan*
W. Allen Sheehan
*Attorney for the Facility Defendants*

W. Allen Sheehan
C. Richard Hill, Jr.
James N. Walter, Jr.
Joseph R. Latham
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
allen.sheehan@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com
joseph.latham@chlaw.com

*/s/ Ruth Z. Brown*
Ruth Z. Brown
*Attorney for Plaintiff*

Ruth Z. Brown (pro hac vice)
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com