## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **D.S.,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:20-CV-2012-RDP** |
| | } | |
| **JEFFERSON DUNN, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## <u>AMENDED ORDER</u>

In accordance with the June 1, 2022 Memorandum Opinion and the contemporaneously entered Memorandum Opinion, the court's June 1, 2022 Order is **AMENDED** as follows:

The following claims are **DISMISSED WITHOUT PREJUDICE**:

1. Count III against Defendant Malone;
2. Count V against Defendants Gordy and Ragsdale;
3. Count VII against Defendants Estelle, Ary, and Bonner;
4. Count VIII against Defendant Boyd;
5. Count X against All St. Clair Defendants; and
6. Count XI.

The case shall proceed on the following claims:

1. Count I against Defendants Dunn, Culliver, Daniels, Williams, and Ellington;
2. Count II against Defendants Jones, Givens, Brooks, Sanders, Malone, White, and Graham;
3. Count III against Defendants Jones, Givens, Brooks, and White;
4. Count IV against Defendants Vincent, Gordy, and Ragsdale;
5. Count VI against Defendant Estelle;
6. Count IX against Defendants Estelle, Ary, and Gordy;
7. Count XII against all Defendants[1]; and
8. Count XIII against all Defendants.

---

[1] Defendants Dunn, Culliver, Daniels, Williams, Ellington, Jones, Givens, Brooks, Sanders, Malone, White, Graham, Vincent, Gordy, Ragsdale, Estelle, Ary, Bonner; McMillian, Boyd, and McLemore.

**DONE** and **ORDERED** this August 18, 2022.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE