# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D.S., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:20-CV-02012-RDP |
| ) | |
| JEFFERSON DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO WITHDRAW

COMES NOW, Ellie B. Putman with the law firm Maynard, Cooper & Gale, P.C., and hereby files this motion to withdraw as counsel of record for Defendants Commissioner Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), Jeffery Williams ("Williams"), Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), Anthony Brooks ("Brooks"), and Christy Vincent ("Vincent" and, collectively with Dunn, Ellington, Williams, Culliver, Daniels, Jones, Givens, Brooks, and Vincent, the "ADOC Officials") in the above-styled action. The ADOC Officials will continue to be represented in this action by counsel with the law firm Maynard, Cooper & Gale, P.C.

Dated: February 21, 2023.

*/s/ Ellie B. Putman*
Ellie B. Putman
*Attorney for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
M. Landon Whatley
Ellie B. Putman
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lwhatley@maynardcooper.com
eputman@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 21st day of February, 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312)243-5900
Facsimile: (312)243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205)590-6986
Facsimile: (205)809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
C. Richard Hill, Jr.
James N. Walter, Jr.
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com

*Attorneys for Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Earl Pickett, Steve Terry, and Tanya Ary*

*/s/ Ellie B. Putman*
Of Counsel