# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20-cv-02012-RDP |
| v. ) | |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR LEAVE TO FILE AMENDED RULE 26(f) REPORT

Plaintiff D.S. ("Plaintiff"); Defendants Jefferson S. Dunn, Grantt Culliver, Jeffrey Williams, Charles Daniels, Edward Ellington, Christy Vincent, Gwendolyn Givens, Anthony Brooks, and Karla Jones (the "ADOC Officials"); and Defendants Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Nekitris Estelle, Gerald McMillian, Christopher Boyd, Lisa Bonner, William McLemore, and Tanya Ary (collectively the "Facility Defendants" and, together with the ADOC Officials, the "ADOC Parties") hereby jointly move this Court for leave to submit an Amended Rule 26(f) Report, attached hereto as **Exhibit A**. On June 28, 2021, the parties engaged in a Rule 26(f) planning conference. Subsequently, on July 14, 2021, the parties submitted to this Court a joint report of their Rule 26(f) planning conference. (Doc. No. 104). The parties proposed discovery deadlines and limits in their original Rule 26(f) Report. However, those proposed deadlines have passed without entry of a Scheduling Order. On January 26, 2023, the parties engaged in a second Rule 26(f) planning conference, and developed the Amended Rule 26(f) report attached as **Exhibit A** to this motion.

WHEREFORE, the parties respectfully seek leave to file an Amended Rule 26(f) Report to facilitate the Court's entry of a Scheduling Order.

1

Dated: January 30, 2023

/s/ William R. Lunsford

*Attorney for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
M. Landon Whatley
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lwhatley@maynardcooper.com

/s/ W. Allen Sheehan

*Attorney for the Facility Defendants*

W. Allen Sheehan
C. Richard Hill, Jr.
James N. Walter, Jr.
Joseph R. Latham
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
allen.sheehan@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com
joseph.latham@chlaw.com

/s/ Ruth Z. Brown

*Attorney for Plaintiff*

Ruth Z. Brown (pro hac vice)
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607

Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com