IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D.S., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:20-CV-02012-RDP |
| ) | |
| JEFFERSON DUNN, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO CONTINUE RULE 16(b) SCHEDULING CONFERENCE

Defendants Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), Anthony Brooks ("Brooks"), Christy Vincent ("Vincent"), Jeffery Baldwin ("Baldwin" and collectively with Culliver, Daniels, Jones, Givens, Brooks, and Vincent, the "ADOC Officials") hereby respectfully move this Court to continue the consolidated Rule 16(b) Scheduling Conference that is set on Thursday, March 30, 2023 at 10:00 a.m. to a date on or after April 4, 2023. In support of this Motion, the ADOC Officials state the following:

1. By text order (doc. no. 184), the Court accepted the Joint Amended Report of the Parties' Planning Meeting (doc. no. 183) and set an in-chambers Rule 16(b) scheduling conference for 10:00 a.m. on Thursday, March 30, 2023.

2. Unfortunately, on March 30, 2023 at 10:00 a.m., the ADOC Officials' counsel must be at a previously set deposition with the U.S. Department of Justice

in Montgomery, Alabama for another action before the Court and on a site visit with the U.S. Department of Justice in Georgia. Due to these pre-existing commitments, the ADOC Officials' counsel cannot attend the currently scheduled Rule 16(b) scheduling conference later this week.

3. Additionally, the ADOC Officials' counsel are currently in the process of transitioning firms.

4. The ADOC Officials' apologize for the scheduling conflict and respectfully request the Court continue the Rule 16(b) scheduling conference to a date on or after April 4, 2023.

WHEREFORE, PREMISES CONSIDERED, the ADOC Officials respectfully request that the Court enter an order granting this Motion, continuing the Rule 16(b) scheduling conference on or after April 4, 2023.

Dated: March 28, 2023.

*/s/ Matthew B. Reeves*
Matthew B. Reeves
*Attorney for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

blunsford@maynardcooper.com
mreeves@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 28th day of March 2023:

| | |
|---|---|
| Ruth Z. Brown | W. Allen Sheehan |
| Megan Pierce | C. Richard Hill, Jr. |
| **LOEVY & LOEVY** | James N. Walter, Jr. |
| 311 N. Aberdeen, 3rd Floor | Joseph R. Latham |
| Chicago, IL 60607 | **CAPELL & HOWARD, PC** |
| Telephone: (312)243-5900 | P.O. Box 2069 |
| Facsimile: (312)243-5902 | Montgomery, AL 36102 |
| ruth@loevy.com | Telephone: (334) 241-8000 |
| megan@loevy.com | Facsimile: (334) 323-8888 |
| | Allen.sheehan@chlaw.com |
| Anil A. Mujumdar | rick.hill@chlaw.com |
| **DAGNEY JOHNSON LAW GROUP** | jimmy.walter@chlaw.com |
| 2170 Highland Avenue, Suite 250 | joseph.latham@chlaw.com |
| Birmingham, AL 35205 | |
| Telephone: (205)590-6986 | *Attorney for the Facility Defendants* |
| Facsimile: (205)809-7899 | |
| anil@dagneylaw.com | |

*Attorneys for Plaintiff*

                                                       */s/ Matthew B. Reeves*
                                                       *Of Counsel*