IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D.S., | ) |
|     **Plaintiffs,** | ) |
| v. | ) Case No. 2:20-CV-02012-RDP |
| JEFFERSON DUNN, *et al.*, | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

Please take notice that William J. Cranford III hereby enters an appearance as counsel for Defendants Commissioner Jefferson Dunn ("Commissioner Dunn"), Edward Ellington ("Ellington"), Jeffery Williams ("Williams"), Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), Anthony Brooks ("Brooks"), and Christy Vincent ("Vincent" and, collectively with Commissioner Dunn, Ellington, Williams, Culliver, Daniels, Jones, Givens, Brooks, and Vincent, the "ADOC Officials") in the above-styled action.

Dated: March 29, 2023.

          */s/ William J. Cranford III*
          William J. Cranford III
          *Attorney for the ADOC Officials*

William R. Lunsford

1

Matthew B. Reeves
M. Landon Whatley
William J. Cranford III
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lwhatley@maynardcooper.com
wcranford@maynardcooper.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 29th day of March, 2023:

| | |
|---|---|
| Ruth Z. Brown<br>Megan Pierce<br>Quinn Rallins<br>**LOEVY & LOEVY**<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>Telephone: (312)243-5900<br>Facsimile: (312)243-5902<br>ruth@loevy.com<br>megan@loevy.com<br>rallins@loevy.com | Robert F. Northcutt<br>C. Richard Hill, Jr.<br>James N. Walter, Jr.<br>**CAPELL & HOWARD, PC**<br>P.O. Box 2069<br>Montgomery, AL 36102<br>Telephone: (334) 241-8000<br>Facsimile: (334) 323-8888<br>bob.northcutt@chlaw.com<br>rick.hill@chlaw.com<br>jimmy.walter@chlaw.com |
| Anil A. Mujumdar<br>**DAGNEY JOHNSON LAW GROUP**<br>2170 Highland Avenue, Suite 250<br>Birmingham, AL 35205<br>Telephone: (205)590-6986<br>Facsimile: (205)809-7899<br>anil@dagneylaw.com<br><br>*Attorneys for Plaintiff* | *Attorneys for Carl Sanders, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Shannon Caldwell, Errol Pickens, Lisa Bonner, Allen Knott, Earl Pickett, Steve Terry, and Tanya Ary* |

*/s/ William J. Cranford III*
Of Counsel