# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D.S., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-02012-RDP |
| | ) |
| JEFFERSON DUNN, *et al*, | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

The undersigned, William R. Lunsford, attorney for Defendants Commissioner Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), Jeffery Williams ("Williams"), Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), Anthony Brooks ("Brooks"), and Christy Vincent ("Vincent" and, collectively with Dunn, Ellington, Williams, Culliver, Daniels, Jones, Givens, Brooks, and Vincent, the ("ADOC Officials")), in the above-styled action hereby submits this Notice of Change of Address. The new address will be as follows:

William R. Lunsford
Butler Snow LLP
200 West Side Square, Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com

1

Dated: April 25, 2023

                                        */s/ William R. Lunsford*
                                        William R. Lunsford

William R. Lunsford
Matthew B. Reeves
William J. Cranford, III
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 25th day of April, 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312)243-5900
Facsimile: (312)243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205)590-6986
Facsimile: (205)809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
C. Richard Hill, Jr.
James N. Walter, Jr.
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com

*Attorneys for Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Lisa Bonner, and Tanya Ary*

            /s/ *William R. Lunsford*
            Of Counsel