IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D. S., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:20-cv-02012-RDP |
| ) | |
| JEFFERSON DUNN, et al. ) | |
| ) | |
|     Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW Joseph Latham, an attorney for Defendants Tanya Ary, Lisa Bonner, Christopher Boyd, Neketris Estelle, Angelia Gordy, Carla Graham, Gary Malone, William McLemore, Gerald McMillian, William Ragsdale, and Kevin White ("the Facility Defendants") in the above-styled civil action, and moves this Honorable Court to permit his withdrawal from representation of the said Defendants. The Facility Defendants will continue to be represented in this action by the law firm of Capell & Howard, P.C.

Respectfully submitted this 14th day of June, 2023.

                                              /s/ Joseph R. Latham
                                              JOSEPH R. LATHAM (ASB-3044-S14R)

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8074
Email: joseph.latham@chlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as indicated below:

Ruth Z. Brown
Megan C. Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 North Aberdeen Street, 3rd Floor
Chicago, Illinois  60607
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP, LLC**
2170 Highland Avenue S, Suite 250
Birmingham, Alabama  35205
anil@dagneylaw.com
*Attorneys for Plaintiff*

William R. Lunsford
Matthew B. Reeves
William J. Cranford, III
**BUTLER SNOW LLP**
200 West Side Square Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com
*Attorneys for Defendants Dunn, Culliver, Daniels, Williams, Ellington, Jones, Givens, Brooks, Vincent, and Baldwin*

             /s/ Joseph R. Latham
             **OF COUNSEL**