IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D. S., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-CV-02012-RDP ) ) |
| JEFFERSON DUNN, *et al.*, | ) ) |
|     Defendants. | ) |

## THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME

Plaintiff D.S. ("Plaintiff"), Defendants Jefferson S. Dunn, Grantt Culliver, Jeffery Williams, Charles Daniels, Edward Ellington, Christy Vincent, Gwendolyn Givens, Anthony Brooks, Karla Jones, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian, Christopher Boyd, Lisa Bonner, William McLemore, and Tanya Ary (collectively the "ADOC Parties" and, together with Plaintiff, the "Parties"), hereby request the Court to enter an order extending the current mediation and discovery deadlines. In support of this Joint Motion, the Parties state as follows:

1. On April 5, 2023, the Court entered an amended scheduling order (Doc. No. 191) setting the following relevant deadlines:

   - September 30, 2023, complete mediation.

   - January 15, 2024, close of fact discovery.

   - February 9, 2024, Plaintiff's expert report deadline.

   - March 20, 2024, ADOC Parties' expert report deadline.

   - April 30, 2024, Plaintiff's rebuttal expert report deadline.

   - June 17, 2024, expert discovery deadline.

- August 1, 2024, dispositive motions deadline.

2. Following the Court's April 5, 2023, amended scheduling order, the Parties engaged diligently in discovery, including voluminous document production and written discovery. While some discovery disputes remain regarding the sufficiency of each side's discovery responses, the Parties believe pursuing mediation and potential settlement prior to incurring additional litigation expenses from oral discovery is the most prudent course of action for all Parties.

3. Given the Court's order requiring the parties to mediate in September 2023, the parties have recently discussed mediation and Plaintiff served a settlement demand on September 18.

4. Counsel for the ADOC Parties has begun the process of seeking settlement authority. However, the process involves approval from the Office of Risk Management and the Governor's Office. This process, even when expedited, takes time.

5. The Parties have agreed to use U.S. Magistrate Judge John Ott (ret.) as a potential mediator, and to seek his availability. Due to the limited time left in the month of September 2023, the Parties believe it will be extremely difficult, if not impossible, to complete mediation before the end of the month.

6. Therefore, the Parties request a 45-day extension in the mediation deadline and a ninety (90) day extension to the remaining deadlines identified above in order to schedule and complete mediation, and in the event mediation is unsuccessful, allow for additional time to complete discovery before the deadline. The new deadlines would be as follows:

- November 14, 2023, complete mediation.
- April 14, 2024, close of fact discovery.

- May 9, 2024, Plaintiff's expert report deadline.

- June 18, 2024, ADOC Parties' expert report deadline.

- July 29, 2024, Plaintiff's rebuttal expert report deadline.

- September 15, 2024, expert discovery deadline.

- October 30, 2024, dispositive motions deadline.

WHEREFORE, premises considers, the Parties respectfully request the Court to enter an Order granting the Parties request to extend the deadlines identified above each for ninety (90) days.

Dated: September 27, 2023

/s/ William J. Cranford III

*Attorney for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
William J. Cranford III
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com

*Jefferson S. Dunn, Grantt Culliver, Jeffery Williams, Charles Daniels, Edward Ellington, Christy Vincent, Gwendolyn Givens, Anthony Brooks, Karla Jones*

/s/ William Allen Sheehan

William A. Sheehan
*Attorney for the Facility Defendants*

3

Robert F. Northcutt
C. Richard Hill, Jr.
James N. Walter, Jr.
W. Jackson Britton
Joseph r. Latham
William A. Sheehan
**CAPELL & HOWARD, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com
Jackson.britton@chlaw.com
joseph.latham@chlaw.com
allen.Sheehan@chlaw.com
*Gary Malone, Kevin White, Carla Graham,*
*Angelia Gordy, William Ragsdale, Neketris Estelle, Gerald McMillian,*
*Christopher Boyd, Lisa Bonner, William McLemore, and Tanya Ary*

                                      */s/ Ruth Z. Brown*

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205)590-6986
Facsimile: (205)809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*